**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6177**

---

JOHNNY R. HUFF,

Plaintiff - Appellant,

versus

A. BASKERVILLE, Warden; S. DAWKINS, Treatment
Program Supervisor,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate
Judge.  (3:06-cv-00147-MHL)

---

Submitted:  August 27, 2007      Decided:  September 12, 2007

---

Before NIEMEYER and TRAXLER, Circuit Judges, and WILKINS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Johnny R. Huff, Appellant Pro Se.   William W. Muse, Assistant
Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny R. Huff appeals the magistrate judge's* order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Huff v. Baskerville, No. 3:06-cv-00147-MHL (E.D. Va. Jan. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*The parties consented to the jurisdiction of the magistrate judge, pursuant to 28 U.S.C. § 636(c) (2000).

- 2 -